# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IMAGEVISION.NET, INC.,** § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **INTERNET PAYMENT EXCHANGE,** § <br> **INC.,** § <br> Defendant. § <br> § <br> § | Civil Action No. 12-54-GMS-MPT <br><br> JURY TRIAL DEMANDED |

## FINAL JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 9 of the Scheduling Order, D.I. 24, and amendments thereto, *see* D.I. 67, Plaintiff ImageVision.Net, Inc. ("Imagevision") and Defendant Internet Payment Exchange, Inc. ("IPX") submit this Final Joint Claim Construction Chart containing the terms and phrases of U.S. Pat. No. 7,567,925 ("the '925 patent") that each party alleges are in dispute and proposed constructions therefor. **Exhibit A** is a chart showing claim terms/phrases and constructions agreed to by the parties. **Exhibit B** is a chart showing the claim terms/phrases and constructions that are disputed by the parties, including citations to the intrinsic record.

| | |
|---|---|
| */s/ Gerard M. O'Rourke* <br> Gerard M. O'Rourke <br> O'ROURKE LAW OFFICE, LLC <br> 1201 N. Orange Street, <br> Suite 7260 <br> Wilmington, DE 19801 <br> gorourke@orourkefirm.com <br><br> *Attorney for Defendant Internet Payment Exchange, Inc.* | */s/ Thatcher A. Rahmeier* <br> Francis DiGiovanni (#3189) <br> Thatcher A. Rahmeier (#5222) <br> NOVAK DRUCE CONNOLLY BOVE + <br>     QUIGG LLP <br> 1007 North Orange Street <br> P.O. Box 2207 <br> Wilmington, DE  19899 <br> Tel: (302) 658-9141 <br> frank.digiovanni@novakdruce.com <br> thatcher.rahmeier@novakdruce.com <br><br> *Attorneys for Plaintiff* <br> *ImageVision.Net, Inc.* |

Dated:  May 13, 2013