# EXHIBIT A

## AGREED CONSTRUCTIONS OF TERMS/PHRASES FROM U.S. PAT. NO. 7,567,925

| Claim(s) | Claim Term | Agreed Construction |
|---|---|---|
| 1, 24 | computerized, integrated point of service transaction management system | *The preambles are not limiting and do not require construction* |
| 1, 24 | health care service provider | provider of health care services located in one or more offices, departments, buildings, campuses, or facilities |
| 1, 24 | points of service | areas where services are provided |
| 1, 24 | payments | payments made by a patient, customer, or other responsible party |
| 1, 6, 24 | self-pay payments / self pay | payment(s) made by a patient or customer (which may include full payments or co-payments by a patient or customer) |
| 1 | one new service transaction a geographic location proximate to at each of the at least two points of service | a service transaction near each of the at least two points of service |
| 1, 7, 8, 24 | network | a collection of computers that are linked together (such as by cables or the internet) |
| 2, 24 | single provider | single health care service provider |
| 2 | health care facility | an office, department, building, or campus where healthcare is provided |
| 3, 4 | registration information | information provided or stored as part of the registration |
| 4 | account manager | hardware, software, or a combination thereof used to manage a patient or customer's information |
| 5 | second remote database | a remote database other than the at least one computerized transaction database |
| 6 | payment collection system | hardware, software, or a combination thereof used to collect payments from patients, customers, or other parties |
| 6 | co pay | payment by a patient, customer, or other party made in conjunction with a payment or future payment by another party, such as an insurer |
| 7, 8 | real time | without perceived delay |
| 8, 9, 10 | administrator | hardware, software, or a combination thereof used to modify the database |
| 11 | reporting system | hardware, software, or a combination thereof used to retrieve |

1

| | | records |
|---|---|---|
| 24 | relational transaction database | a database that records and stores information regarding patients or customers and their transactions |
| 24 | the at least one relational database | the relational transaction database |
| 24 | a tracking correlating the at least one customer to the at least one transaction from the at least one customer | information that correlates the customer and the transaction |

2