# EXHIBIT B

PROPOSED CONSTRUCTIONS OF TERMS/PHRASES FROM U.S. PAT. NO. 7,567,925[1]

| Claim(s) | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Supporting Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Supporting Intrinsic Evidence |
|---|---|---|---|---|---|
| 1, 24 | computing terminal | computer-based device capable of receiving patient or customer payments | *See, e.g.*, Abstract; col. 1, ll. 16-23; col. 1, ll. 56-67; col. 2, ll. 7-26; col. 4, ll. 5-18; col. 4, ll. 5-18; col. 5, ll. 1-19; col. 5, l. 5 – col. 6, l. 48; col. 7, l. 26 – col. 8, l. 12; col. 8, ll. 42-59; col. 9, ll. 48-60; col. 10, l. 12 – col. 11, l. 25; col. 11, ll. 45-58; col. 12, l. 5 – col. 13, l. 23; col. 14, ll. 40-52; and related figures.<br><br>*See, e.g.*, 5.16.08 OA Resp. at pp. 12-13; 9.3.08 RCE at pp. 12-13; 2.6.09 OA Resp. at pp. 13-14.<br><br>*See, e.g.*, Patent Owner's Resp. to Decision on the Request for *Inter Partes* Reexamination | computer-based device | *See, e.g.*, claims 6 and 7; col. 4, ll. 5-18; col. 5, ll. 9-19; col. 6, ll. 4-25; col. 6, ll. 49-54; col. 7, l. 25 – col. 8, l. 12; col. 10, ll. 12-33; col. 10, l. 59 – col. 11, l. 4; col. 12, ll. 5-17; col. 12, ll. 26-43; and related figures. |

---

[1] The parties reserve the right to cite, discuss, and/or reply upon the intrinsic evidence cited by each party.

1

| | | | |
|---|---|---|---|
| 1 | computerized transaction database associated with each of the at least one processors for relationally and electronically tracking, within said database and by the single health care service provider, remotely from each of the at least one computing terminal | *No construction necessary* | *See, e.g.*, col. 4, ll. 5-40; col. 5, l. 20 – col. 6, l. 3; col. 6, ll. 26-48; col. 7, l. 51 – col. 8, l. 12; col. 8, ll. 30-41; col. 9, l. 61 – col. 10, l. 2; col. 10, ll. 34-58; col. 11, ll. 6-25; col. 12, l. 62 – col. 13, l. 34; col. 14, l. 53 – col. 15, l. 9; and related figures.<br><br>*See, e.g.*, Patent Owner's Resp. to Decision on the Request for *Inter Partes* Reexamination at pp. 27, 37. | a database capable of recording and storing, remotely from the at least one computing terminals, information related to services associated with a patient or customer | *See, e.g.*, col. 4, ll. 5-40; col. 5, l. 20 – col. 6, l. 3; col. 6, ll. 26-48; col. 7, l. 51 – col. 8, l. 12; col. 8, ll. 30-41; col. 9, l. 61 – col. 10, l. 2; col. 10, ll. 34-58; col. 11, ll. 5-25; col. 12, l. 62 – col. 13, l. 34; col. 14, l. 53 – col. 15, l. 9; and related figures.<br><br>*See, e.g*, 6.3.08 Response to OA at pp. 9-10; RCE at pp. 9-11; 11.18.09 Official Action at pp. 8-10; 2.6.09 Response to OA at pp. 10-12.<br><br>*See, e.g.*, 2.4.13 *Inter Partes* Reexamination Amend. and Resp. at pp. 8-45. |
| 1 | the tracking correlates to an increased collection rate of at least one of the self-pay payments and the | the tracking provides for improved collections over systems that are not | *See, e.g.*, col. 2, ll. 17-26; col. 4, ll. 5-40; col. 6, ll. 26-40; col. 7, l. 51 – col. 8, l. 12; | *Not limiting* | *See, e.g.*, language of the claim; col. 2, ll. 17-26; col. 4, ll. 5-40; col. 6, ll. 26- |

| | | | | |
|---|---|---|---|---|
| | overdue self-pay payments from the at least one customer | computerized, multi-point of service systems | col. 8, ll. 30-41; col. 9, l. 61 – col. 10, l. 2; col. 10, ll. 34-58; col. 11, ll. 6-25; col. 12, l. 62 – col. 13, l. 34; col. 14, l. 53 – col. 15, l. 9; and related figures.<br><br>*See, e.g.*, 5.16.08 OA Resp. at pp. 11-12; 9.3.08 RCE at p. 12; 2.6.09 OA Resp. at p. 12.<br><br>*See, e.g.*, Patent Owner's Resp. to Decision on the Request for *Inter Partes* Reexamination at p. 19. | | 40; col. 9, l. 61 – col. 10, l. 2; col. 10, ll. 34-58; col. 12, l. 62 – col. 13, l. 34; col. 14, l. 53 – col. 15, l. 9; and related figures.<br><br>12.21.07 OA at p. 8; 5.16.08 OA Response at 11-12; 6.3.08 OA at pp. 11-12; RCE at pp. 12-13; 2.6.09 Response to OA dated at pp. 12-14. |
| 3, 5 | registration | initial input of information regarding a patient or customer | *See, e.g.*, col. 5, l. 32 – col. 6, l. 3; col. 7, l. 51 – col. 8, l. 12; col. 11, ll. 26-36; and related figures.<br><br>*See, e.g.*, Decision on the Request for *Inter Partes* Reexamination at p. 12, 16. | input of information regarding a patient or customer | *See, e.g.*, col. 5, l. 32 – col. 6, l. 3; col. 7, l. 51 – col. 8, l. 29; col. 11, l. 26 – col. 12, l. 5; and related figures. |
| 8 | batch updated | updated with multiple pieces of information at one time | *See, e.g.*, col. 5, ll. 20-31; col. 8, ll. 13-29; col. 9, l. 33 – col. 10, | updated periodically | *See, e.g.*, Fig. 32; col. 3, ll. 45-47; col. 5, ll. 20-31; col. 8, |

3

| | | | | |
|---|---|---|---|---|
| | | | | ll. 13-29; col. 9, l. 33 – col. 10, l. 11; col. 10, l. 59 – col. 11, l. 44; col. 11, l. 59 – col. 12, l. 4; col. 12, l. 53 – col. 13, l. 24; col. 13, l. 55 – col. 14, l. 39; and related figures. |
| 10 | users of the system are assigned at least one level of access in the administrator | ***No construction necessary*** <br><br> <u>Alternatively</u>, <br><br> users of the system are assigned at least one level of information access in the administrator | l. 11; col. 11, l. 6 – col. 12, l. 4; col. 13, l. 55 – col. 14, l. 2; col. 14; ll. 29-39; and related figures. <br><br> *See, e.g.*, col. 4, ll. 42-49; col. 8, l. 30 – col. 9, l. 60; col. 10, l. 59 – col. 11, l. 5; and related figures. <br><br> *See, e.g.*, Decision on the Request for *Inter Partes* Reexamination at p. 6. | users of the system are given the ability to view at least one level of information in the system | *See, e.g.*, col. 4, ll. 42-49; col. 8, l. 30 – col. 9, l. 60; col. 10, l. 59 – col. 11, l. 5; and related figures. |
| 24 | patient service | a service that consists of or furthers the provision of medical care to a patient | *See, e.g.*, col. 6, ll. 26-40; col. 11, ll. 6-14; col. 12, l. 62 – col. 13, l. 23; and related figures; <br><br> Decision on the Request for *Inter Partes* Reexamination at pp. 4-5, 6-7, 8-9, and 10-11, 14-15, 19-20, 23-25, 28-29. <br><br> *See, e.g.*, Patent | a healthcare service provided by or at the direction of a physician | *See, e.g.*, col. 6, ll. 26- 40; col. 11, ll. 6-14; col. 12, l. 62 – col. 13, l. 23; and related figures. <br><br> Decision on the Request for *Inter Partes* Reexamination at pp. 4-5, 6-7, 8-9, and 10-11; Third Party Comments On Patent Owner |

4

| | | | Owner's Resp. to Decision on the Request for *Inter Partes* Reexamination at p. 6. | | Response filed March 5, 2013 at pp. 4 - 6 and references cited therein. |
|---|---|---|---|---|---|
| 24 | non patient service | a service that does not consist of or further the provision of medical care to a patient | *See, e.g.*, col. 6, ll. 26-40; col. 11, ll. 6-14; col. 12, l. 62 – col. 13, l. 23; and related figures;<br><br>Decision on the Request for *Inter Partes* Reexamination at pp. 4-5, 6-7, 8-9, and 10-11, 14-15, 19-20, 23-25, 28-29.<br><br>*See, e.g.*, Patent Owner's Resp. to Decision on the Request for *Inter Partes* Reexamination at p. 6. | parking, cafeteria, gift shop, pharmacy, durable medical equipment, and laboratory analysis where no physician service is rendered concurrently with the laboratory analysis | *See, e.g.*, col. 6, ll. 26- 40; col. 11, ll. 6-14; col. 12, l. 62 – col. 13, l. 23; and related figures.<br><br>Decision on the Request for *Inter Partes* Reexamination at pp. 4-5, 6-7, 8-9, and 10-11; Third Party Comments On Patent Owner Response filed March 5, 2013 at pp. 4 - 6 and references cited therein. |